1  PAUL L. REIN, Esq. (SBN 43053)
   LAW OFFICES OF PAUL L. REIN
2  200 Lakeside Drive, Suite A
   Oakland, CA  94612
3  Telephone:  510/832-5001
   Facsimile:   510/832-4787
4  reinlawoffice@aol.com

5  Attorneys for Plaintiff
   CARA ELNESS

*Counsel for Defendants Appear After the Caption*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CARA ELNESS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; CHOICE HOTELS INTERNATIONAL, INC.; and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:17-cv-02289-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**PLAINTIFF'S REQUEST AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT CHOICE HOTELS INTERNATIONAL, INC. ONLY, WITHOUT PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)** |

Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendants
SANGHA AND SONS, LLC, dba
QUALITY INN & SUITES CAMERON
PARK; AMARJIT SINGH SANGHA aka "ADAM"

//

//

//

//

| | |
|---|---|
| 1 | GINA HAGGERTY LINDELL (SBN: 217258) |
| | glindell@grsm.com |
| 2 | LAURA G. RYAN (SBN: 184363) |
| | lryan@grsm.com |
| 3 | GORDON REES SCULLY MANSUKHANI, LLP |
| | 101 W. Broadway |
| 4 | Suite 2000 |
| 5 | San Diego, CA 92101 |
| | Telephone: (213) 576-5064 |
| 6 | Facsimile: (619) 696-7124 |
| 7 | Attorneys for Defendant |
| | CHOICE HOTELS INTERNATIONAL, INC. |
| 8 | |

Plaintiff CARA ELNESS ("Plaintiff") and Defendants SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM" ("Hotel Defendants"); and CHOICE HOTELS INTERNATIONAL, INC.; ("Choice") (collectively, the "Parties") hereby request that the Court dismiss Choice only, without prejudice, pursuant to FRCP Rule 41(a)(1)(A)(ii). This request is based on the following good cause:

1) Counsel for Plaintiff has met and conferred with counsel for Choice and has received the following representations:

2) Pursuant to the Franchise Agreement entered into by Choice and the Hotel Defendants, the Hotel Defendants are obligated to defend and indemnify by Choice in connection with this lawsuit which arises out of alleged disability accessibility issues at a hotel property ("Hotel Property") owned and operated by the Hotel Defendants.

3) Pursuant to the Franchise Agreement, Choice has no control over the subject physical premises or any accessibility issues at the Hotel Property. Under the terms of the Franchise Agreement the Hotel Defendants are solely responsible for maintaining the condition of the Hotel Property and for ensuring that it is in compliance with the ADA as well as all other state and federal laws that apply to the Hotel Property. .

4) Absent additional facts revealed in discovery that Choice is either a) a necessary party to resolve Plaintiff's injunctive relief claims, or b) that Choice is the direct or proximate cause of Plaintiff's damages under State law, Plaintiff believes Choice should be dismissed without prejudice.

| | |
|---|---|
| 1 | The Parties therefore requests that the Court dismiss Choice for good cause shown without |
| 2 | prejudice thereby allowing Plaintiff to request that Choice be brought back into the case should |
| 3 | additional facts in discovery warrant Choice's participation in the case. |

Dated: April 6, 2018　　　　　　　　　　LAW OFFICES OF PAUL L. REIN

By　*/s/ Paul L. Rein*
　　PAUL L. REIN
　　Attorneys for Plaintiff
　　CARA ELNESS

Dated: April 6, 2018　　　　　　　　　　GORDON REES SCULLY MANSUHKANI, LLP

By　*/s/ Laura Ryan*
　　GINA HAGGERTY LINDELL
　　LAURA G. RYAN
　　Attorneys for Defendant
　　CHOICE HOTELS INTERNATIONAL, INC.

Dated: April 6, 2018　　　　　　　　　　MICHAEL WELCH + ASSOCIATES

By　*/s/ Michael Welch*
　　MICHAEL D. WELCH
　　Attorneys for Defendants
　　SANGHA AND SONS, LLC, dba
　　QUALITY INN & SUITES CAMERON
　　PARK; AMARJIT SINGH SANGHA aka "ADAM"

**ORDER**

For good cause shown, IT IS SO ORDERED. Defendant Choice Hotels International, Inc. shall be dismissed from the case without prejudice.

Dated: April 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE