UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARA ELNESS,<br><br>             Plaintiff,<br><br>      v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; CHOICE HOTELS INTERNATIONAL, INC.; and DOES 1-10,INCLUSIVE,<br><br>             Defendants. | CIV. NO. 2:17-2289 WBS CKD<br><br>ORDER |

----oo0oo----

The court previously determined that this case is appropriate for an early settlement conference and referred the action to the court's Voluntary Dispute Resolution Program ("VDRP"). (Docket No. 15.) The court ordered that parties complete mediation on or before May 14, 2018. (Id.) At this point, the parties have agreed on Michael Vinding as the neutral to mediate this case. However, the parties ask the court to give them additional time to resolve the case.

1

The court continues to believe that it is in the best interest of the parties to avoid unnecessary fees and costs and pursue settlement of this matter through VDRP. The court therefore will continue the deadline to mediate until June 30, 2018.

IT IS THEREFORE ORDERED that:

1. To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session. No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

2. The parties shall complete the VDRP session no later than June 30, 2018. The court hereby resets the Status (Pretrial Scheduling) Conference for July 16, 2018. If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than July 6, 2018.

IT IS SO ORDERED.

Dated: May 17, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE