PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
CARA ELNESS

Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendants
SANGHA AND SONS, LLC, dba
QUALITY INN & SUITES CAMERON
PARK; AMARJIT SINGH SANGHA aka
"ADAM"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CARA ELNESS,<br><br>    Plaintiff,<br><br>v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; and DOES 1-10, INCLUSIVE,<br><br>    Defendants. | CASE NO. 2:17-cv-02289-WBS-CKD<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE TO COMPLETE THE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

## **STIPULATION**

Plaintiff CARA ELNESS ("Plaintiff") and Defendants SANGHA AND SONS, LLC, dba

QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"

("Defendants") – Plaintiffs and Defendants together the "Parties" – hereby stipulate and request that the Court extend the deadline for the Parties to complete the Voluntary Dispute Resolution Program ("VDRP") from June 30, 2018, to August 31, 2018.  This request for an extension of time is based on the following good cause:

1. Plaintiff filed this action on October 31, 2017.  Dkt. No. 1.
2. The Court determined that the instant matter is appropriate for an early settlement conference and ordered the Parties to participate in the Court's VDRP.  Dkt. No. 15.
3. Following the Court's Order, the Parties worked cooperatively in choosing a neutral to preside over the matter.  Dkt. No. 18.
4. On April 9, 2018, the Parties also participated in a cooperative site inspection of the subject property, a large hotel.  Plaintiff's access consultant is currently working on preparing identifying the barriers to access he found during the inspection.  Plaintiff cannot provide Defendants with a comprehensive demand for injunctive relief.
5. The Parties do not believe that settlement discussions with the assigned neutral will be productive until Defendants have had sufficient time to review Plaintiff's demand for injunctive relief and Plaintiff's access consultant's report.
6. The Parties therefore stipulate and request that the Court Order the deadline for completion of the VDPR to be extended from June 30, 2018 to August 31, 2018.

**IT IS SO STIPULATED.**

Dated: June 20, 2018                    REIN & CLEFTON

                          By    */s/ Aaron M. Clefton*
                                AARON M. CLEFTON
                                Attorneys for Plaintiff
                                CARA ELNESS

//

//

//

1 | Dated: June 20, 2018　　　　　　　　　MICHAEL WELCH + ASSOCIATES
2 |
3 |　　　　　　　　　　　　　　By　　　*/s/ Michael D. Welch*
　　　　　　　　　　　　　　　　　　　MICHAEL D. WELCH
4 |　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　SANGHA AND SONS, LLC, dba
5 |　　　　　　　　　　　　　　　　　　QUALITY INN & SUITES CAMERON
　　　　　　　　　　　　　　　　　　　PARK; AMARJIT SINGH SANGHA aka "ADAM"

**ORDER**

For GOOD CAUSE SHOWN and for the reasons set forth above, the deadline for the parties to complete the VDPR shall be **August 31, 2018**.  The Scheduling Conference is reset for **September 24, 2018 at 1:30 p.m.** in Courtroom 5, 14th Floor.  If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than **September 10, 2018**.

**IT IS SO ORDERED.**

Dated:  June 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE