UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARA ELNESS,<br><br>        Plaintiff,<br><br>    v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITS CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; CHOICE HOTELS INTERNATIONAL, INC.; and DOES 1-10 INCLUSIVE,<br><br>        Defendant. | No. 2:17-cv-2289 WBS CKD<br><br>ORDER |

----oo0oo----

        The court held a status conference with counsel in this matter on September 24, 2018. Pursuant to the discussion at that conference, a settlement conference is set before Magistrate Judge Carolyn K. Delaney on November 7, 2018 at 9:30 a.m. in Courtroom 24. Each party is ordered to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms.

1

No later than 12:00 PM (noon) on October 31, 2018, counsel for each party shall submit a Confidential Settlement Conference Statement via email to CKDorders@caed.uscourts.gov. The parties may agree, or not, to serve each other with the Confidential Settlement Conference Statements. The Confidential Settlement Conference Statements shall not be filed with the clerk and shall not otherwise be disclosed to the trial judge. However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

The parties shall further file a waiver of disqualification as to Magistrate Judge Delaney within 7 days from today, and pursuant to Local Rule 270(b), since this judge is also the Magistrate Judge assigned to this case.

If it becomes necessary, defense counsel will have until November 26, 2018 to file a motion to withdraw as counsel. Plaintiff has until December 10, 2018 to file any amended pleadings.

IT IS SO ORDERED.

Dated: September 24, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2