1  PAUL L. REIN, Esq. (SBN 43053)
2  AARON M. CLEFTON (SBN 318680)
   REIN & CLEFTON, Attorneys at Law
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:  510/832-4787
   info@reincleftonlaw.com
5

6  Attorneys for Plaintiff
   CARA ELNESS

7  Michael D. Welch (SBN: 111022)
8  MICHAEL WELCH + ASSOCIATES
   770 L Street, Suite 950
9  Sacramento, CA. 95814
   Telephone: (916) 449-3930
10 Facsimile: (916) 449-3930

11 Attorneys for Defendants
   SANGHA AND SONS, LLC, dba
12 QUALITY INN & SUITES CAMERON
   PARK; AMARJIT SINGH SANGHA aka
13 "ADAM"

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CARA ELNESS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; and DOES 1-10, INCLUSIVE,<br><br>    Defendants. | CASE NO.  2:17-cv-02289-WBS-CKD<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO LIFT STAY ON PROCEEDINGS** |

## **STIPULATION**

Plaintiff CARA ELNESS ("Plaintiff") and Defendants SANGHA AND SONS, LLC, dba

QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"

("Defendants") – Plaintiffs and Defendants together the "Parties" – hereby stipulate and request that the Court lift the stay on proceedings which was ordered on March 2, 2018. This request is based on the following good cause:

1. Plaintiff filed this action on October 31, 2017. Dkt. No. 1.
2. The Court determined that the instant matter is appropriate for a stay on proceedings and an early settlement conference, and the Court ordered the Parties to participate in the Court's VDRP. Dkt. No. 15.
3. Following the Court's Order, the Parties worked cooperatively in choosing a neutral to preside over the matter. Dkt. No. 18.
4. On April 9, 2018, the Parties also participated in a cooperative site inspection of the subject property, a large hotel.
5. On July 18, 2018, one day after receiving her expert's report on July 17, 2018, Plaintiff sent Defendants a demand for injunctive relief which included a comprehensive report of barriers from Plaintiff's access consultant.
6. On July 31, 2018, the Parties and assigned Mediator scheduled a mediation which was to take place on Monday, August 20, 2018. Defendants cancelled that mediation.
7. At the Status Conference on September 24, 2018, the Court ordered the Parties to participate in a Settlement Conference with a Magistrate Judge. Dkt. No. 27.
8. The Parties participated in a Settlement Conference with Judge Carolyn K. Delaney on November 7, 2018. Dkt. No. 31.
9. Judge Delaney set a follow-up phone conference on November 16, 2018. Plaintiff's counsel appeared, Defense counsel did not. The case failed to settle. Dkt. No. 33.
10. Therefore, Plaintiff and Defendants hereby stipulate and request that the Court lift the stay on proceedings in this matter and set a Joint Status Conference in 2019.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: November 30, 2018 | | REIN & CLEFTON |
| | By | */s/ Aaron M. Clefton* |
| | | AARON M. CLEFTON |
| | | Attorneys for Plaintiff |
| | | CARA ELNESS |
| Dated: November 30, 2018 | | MICHAEL WELCH + ASSOCIATES |
| | By | */s/ Michael D. Welch* |
| | | MICHAEL D. WELCH |
| | | Attorneys for Defendants |
| | | SANGHA AND SONS, LLC, dba |
| | | QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM" |

**ORDER**

For GOOD CAUSE SHOWN and for the reasons set forth above, the stay on proceedings in this matter is lifted. Counsel for the Parties shall appear at a Scheduling Conference on **February 11, 2019 at 1:30 p.m.** A joint status report shall be filed no later than **January 28, 2019**.

**IT IS SO ORDERED.**

Dated: December 4, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIP TO LIFT STAY ON PROCEEDINGS
CASE NO. 2:17-cv-02289 WBS-CKD

4

G:\docs\shu\DSHU2\inBOX\Signed\17cv2289 Ellness - Stip to Lift Stay and Set Schedg Conf.docx