UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARA ELNESS,<br><br>Plaintiff,<br><br>v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | No. 2:17-cv-02289-WBS-CKD<br><br>MEMORANDUM AND ORDER RE: PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |

----oo0oo----

Plaintiff Clara Elness filed this lawsuit alleging that the defendants Sangha and Sons, LLC and Amarjit Singh Sangha violated the Americans with Disabilities Act and California's Unruh Civil Rights Act. Currently before this court is plaintiff's Motion to Amend the complaint (Docket No. 36).

The requested amendment will supplement the factual pleadings, attach a list of every architectural barrier to access plaintiff seeks to remediate, and excise references to previously

1

dismissed defendant Choice Hotels International, Inc.  (Mot. for Leave to File First Am. Compl. at 2 (Docket No. 36).)  On January 16, 2019, defendants filed a statement of non-opposition to plaintiff's Motion to Amend the complaint.  (Docket No. 39.)

        Plaintiff's Motion to Amend the complaint is governed by Rule 15(a) of the Federal Rules of Civil Procedure, which states that leave to amend "shall be freely given when justice so requires."  Fed. R. Civ. P. 15(a).  Given Rule 15's liberal approach to allowing amendments and defendants' non-opposition to plaintiff's motion, the court finds that leave to amend is appropriate in this case.  Accordingly, the court will grant plaintiff's motion.

        IT IS THEREFORE ORDERED that plaintiff's Motion to Amend the Complaint (Docket No. 36) be, and the same hereby is, GRANTED.

Dated: January 17, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE