UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA ELNESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANGHA AND SONS, LLC, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-02289-WBS-CKD<br><br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

On August 21, 2019, the court held an informal conference to discuss the status of defendant Sangha and Sons, LLC ("defendant") and defense counsel Michael Welch's ("counsel") compliance with the court's August 1, 2019 order on plaintiff's motion for a contempt order. (See ECF Nos. 60, 53.) Plaintiff's counsel Aaron Clefton and defendant's counsel Michael Welch appeared.

Background

On August 1, 2019, the court ordered defendant and counsel to pay sanctions to plaintiff's counsel in the amount of $3,147.50 for plaintiff's cost of bringing the motion. (ECF No. 60 at 6.) Dividing this amount equally between defendant and counsel results in them each owing plaintiff's counsel $1,573.75 in monetary sanctions.

Previously, on June 7, 2019, the court ordered counsel to pay $250.00 and defendant to pay $1,555.50 in monetary sanctions for plaintiff's cost of bringing the motion to compel

1

addressed therein.  (ECF No. 51 at 4.)

Combining the amounts from these two orders results in the following monetary sanctions defendant and counsel each owe:

- Defendant owes plaintiff's counsel a total of $3,129.25 ($1,555.50 per the court's June 7, 2019 order (ECF No. 51) plus $1,573.75 per the court's August 1, 2019 order (ECF No. 60)); and

- Counsel owes plaintiff's counsel a total of $1,823.75 ($250 per the court's June 7, 2019 order (ECF No. 51) plus $1,573.75 per the court's August 1, 2019 order (ECF No. 60)).

August 21, 2019 Conference

During the August 21, 2019 conference, counsel represented that he has personally paid plaintiff's counsel $1,805.50.  Plaintiff's counsel confirmed receipt of this amount.  Counsel also represented that defendant has not complied with either of the court's sanction orders (ECF Nos. 51 and 60).  In other words, defendant has not provided counsel with any money to satisfy the $3,129.25 in monetary sanctions owed to plaintiff's counsel.

Good cause having been shown, the court finds that counsel has substantially complied with the court's orders that he pay plaintiff's counsel monetary sanctions.  Counsel shall therefore be relieved from any further obligation to pay monetary sanctions.

Regarding defendant's production in accordance with the court's prior orders, plaintiff's counsel represented that defendant has failed to produce most of the documents.  The court finds that defendant's noncompliance with this court's orders to pay monetary sanctions and produce documents is grounds for sanctions, including a recommendation to strike defendant's answer or dismiss this action for failure to defend.  See Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

The court will give defendant an opportunity to provide the court with any information regarding his failure to (1) pay monetary sanctions per the court's orders, and (2) produce all documents per the court's orders.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel Michael Welch is relieved from any further obligation to pay monetary sanctions to plaintiff's counsel.

2. Defendant Sangha and Sons, LLC shall show cause within fourteen (14) days why the court should not impose additional sanctions and/or issue findings and recommendations to strike defendant's answer or dismiss this action for failure to comply with a court order.

3. Defendant is advised that its failure to timely respond to this court may result in a recommendation that defendant's answer be stricken and the Clerk of Court enter defendant's default for failure to defend.

4. Within three (3) business days of the date of this order, counsel Michael Welch shall serve a copy of this order on defendant Sangha and Sons, LLC and file a declaration of service.

Dated: August 23, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 elness2289.osc