UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARA ELNESS,<br><br>    Plaintiff,<br><br>  v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; CHOICE HOTELS INTERNATIONAL, INC.; and DOES 1-10, INCLUSIVE,<br><br>    Defendants. | No. 2:17-cv-02289 WBS CKD<br><br><br>ORDER GRANTING MOTION TO WITHDRAW |

----oo0oo----

Attorney Michael Welch moves to withdraw as counsel for defendants Amarjit Singh Sangha and Sangha and Sons, LLC (collectively "defendants") brought by. (Docket No. 64.) Pursuant to the discussion at the hearing on September 23, 2019, good cause appearing, the motion is GRANTED, subject to Mr. Welch providing plaintiff's counsel with such contact information as he has pertaining defendants.

Dated: September 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1