UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARA ELNESS,<br><br>          Plaintiff,<br><br>     v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; and DOES 1-10, INCLUSIVE,<br><br>          Defendants. | No. 2:17-cv-02289 WBS CKD<br><br>ORDER RE: MOTION FOR ATTORNEY'S FEES |

----oo0oo----

Plaintiff filed a motion for attorney's fees on April 28, 2020, and defendants submitted a statement of non-opposition on May 23, 2020. (Docket Nos. 82, 83.) In light of defendants' non-opposition and the court's evaluation of the present motion, the court finds plaintiff is entitled to attorney fees, litigation expenses, and costs as a prevailing party and shall be awarded the same in the requested sums. Plaintiff is hereby awarded $95,129.50 in attorney's fees and $10,457.25 in

1

litigation expenses and costs, for a total award of $105,586.75.[1]

IT IS SO ORDERED.

Dated: May 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court declines plaintiff's request to impose a time limit for payment. As noted by the defendants, the hospitality industry has been decimated by the public response to the COVID-19 pandemic. Defendants assert that they have no ability to immediately pay the judgment, and the court will not order them to do so within fourteen days.