UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARA ELNESS, | No. 2:17-cv-02289 WBS CKD |
| Plaintiff, | |
| v. | AMENDED JUDGMENT |
| SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; and DOES 1-10, inclusive, | |
| Defendants. | |

----oo0oo----

Pursuant to this court's orders granting plaintiff's motion for summary judgement (Docket No. 80) and plaintiff's motion for attorney fees, litigation expenses and costs (Docket No. 85), Judgment is hereby entered in favor of plaintiff Cara Elness and against defendants Sangha and Sons, LLC, dba Quality Inn & Suites Cameron Park and Amarjit Singh Sangha aka "Adam" as follows:

    1.   Defendants shall pay Plaintiff $12,000 in damages.

1

|   |   |   |
|---|---|---|
| 1 |  | Payment can be made by check made out to REIN & CLEFTON |
| 2 |  | IN TRUST FOR CARA ELNESS and remitted to Rein & |
| 3 |  | Clefton, 200 Lakeside Drive, Suite A, Oakland, |
| 4 |  | California 94612. |
| 5 | 2. | Defendants shall pay Plaintiff $105,587.75 for |
| 6 |  | attorneys' fees litigation expenses and costs.  Payment |
| 7 |  | can be made by check made out to REIN & CLEFTON IN |
| 8 |  | TRUST FOR CARA ELNESS at the same address above. |
| 9 | 3. | Defendants shall remediate the barriers to access |
| 10 |  | plaintiff encountered at Quality Inn & Suites Cameron |
| 11 |  | Park located at 3361 Coach Lane, Cameron Park, CA by: |
| 12 |  | (a)  Bringing the noncompliant accessible parking |
| 13 |  |      space into compliance with the ADA; |
| 14 |  | (b)  Removing obstructions in the path of travel |
| 15 |  |      from the parking lot to the lobby in |
| 16 |  |      compliance with the ADA; |
| 17 |  | (c)  Removing noncompliant elements of the |
| 18 |  |      mobility accessible room (Number 111) |
| 19 |  |      pursuant to the ADA; and |
| 20 |  | (d)  Modifying additional rooms to ensure the |
| 21 |  |      property has the minimum number of accessible |
| 22 |  |      rooms required by law. |
| 23 |  | IT IS SO ORDERED. |
| 24 | Dated: June 12, 2020 |  |
| 25 |  | WILLIAM B. SHUBB |
|    |  | UNITED STATES DISTRICT JUDGE |

2