PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
CARA ELNESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CARA ELNESS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK; AMARJIT SINGH SANGHA aka "ADAM"; and DOES 1-10, INCLUSIVE,<br><br>　　　Defendants. | CASE NO.  2:17-cv-02289-WBS-CKD<br><u>Civil Rights</u><br><br>**STIPULATED REQUEST TO ENTER SECOND AMENDED JUDGMENT AS TO DEFENDANTS SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK AND AMARJIT SINGH SANGHA aka "ADAM"**<br><br>Pursuant to FRCP 58(d) and (e) |

　　　Plaintiff CARA ELNESS and Defendants SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK and AMARJIT SINGH SANGHA aka "ADAM" hereby request that the Court enter an Amended Judgement as to Defendants SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK and AMARJIT SINGH SANGHA aka "ADAM" pursuant to FRCP 58 which includes judgment as to injunctive relief only granted by the Court FRCP 58(d) and (e).

　　1.　The Parties represent that the Damages, Attorney Fees and Costs of the previous Amended Judgment have been satisfied in consideration for the entry of this Stipulated Second Amended Judgment.

　　2.　In consideration of the Covid-19 outbreak and Defendants' satisfaction of the monetary aspects of the Amended Judgment as to its monetary terms, Plaintiff agrees to provide Defendants with a reasonable timeframe to complete the injunctive relief specified in the

1       Amended Judgment.

2   3.   The Parties therefore stipulate and request the Court Order the proposed Second Amended Judgment that requires the same injunctive relief already adjudicated as required by the previous Amended Judgment, but add a timing term of three years to complete the injunctive relief term, tolled for any Covid-19 orders by the state or local authorities that may impact and/or delay the work.

4. The remaining monetary aspects of the Judgment has been satisfied by a separate private agreement.

Dated: July 17, 2020                       REIN & CLEFTON

                                                    */s/ Aaron Clefton*
                                               By: AARON CLEFTON, ESQ.
                                               Attorneys for Plaintiff
                                               CARA ELNESS

Dated: July 17, 2020                       LAW OFFICES OF TIMOTHY T. HUBER

                                                     /s/ Timothy Huber
                                               By: TIMOTHY HUBER, ESQ.
                                               Attorneys for Defendants
                                               SANGHA and SONS, LLC; AMARJIT SINGH SANGHA

# AMENDED JUDGEMENT

Pursuant to this Courts Orders granting Plaintiff's Motion for Summary Judgement (Dkt. No. 80) IT IS ORDERED AND ADJUDGED that this Judgment be entered in favor of Plaintiff CARA ELNESS and against Defendants SANGHA AND SONS, LLC, dba QUALITY INN & SUITES CAMERON PARK and AMARJIT SINGH SANGHA aka "ADAM" as follows:

1. Defendants shall also make the following modification to the Quality Inn & Suites Cameron Park located at 3361 Coach Lane, Cameron Park, CA:
   a. Bringing the noncompliant accessible parking space into compliance with the ADA;
   b. Removing obstructions in the path of travel from the parking lot to the lobby in compliance with the ADA;
   c. Removing noncompliant elements of the mobility accessible room (Room Number 111) pursuant to the ADA; and
   d. Modifying additional rooms to ensure the property has the minimum number of accessible rooms required.
2. Defendants shall make all modification within three years of the Governor of California lifting the ban on leisure travel in the Cameron Park area.

**IT IS SO ORDERED.**

Dated: July 20, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE